IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABD RASHEED,

    Petitioner,               No. CIV S-09-3553 DAD P

   vs.

J. WALKER et al.,

    Respondents.        <u>ORDER</u>

_____/

        On July 22, 2011, the court ordered petitioner to file an in forma pauperis affidavit or pay the required filing fee within thirty days.  The court cautioned petitioner that failure to do so would result in the dismissal of this action.  The thirty day period has now expired, and petitioner has not responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: September 1, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
rash3553.fifp